a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JUAN ORTIZ HERNANDEZ,                          CIVIL DOCKET NO. 1:26-CV-0384;
Petitioner                                                              SEC P

VERSUS                                                         JUDGE DOUGHTY

BRIAN ACUNA ET AL,                      MAGISTRATE JUDGE PEREZ-MONTES
Respondents

## MEMORANDUM ORDER

Before the Court is a Motion for Order to Show Cause (ECF No. 4) filed by

Petitioner Juan Ortiz Hernandez ("Hernandez"), an immigration detainee at Winn

Correctional Center in Winnfield, Louisiana.  Hernandez seeks an expedited briefing

schedule on his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

A court may order a respondent to file an answer, motion, or other response,

in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing §

2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine*

*Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna,

M.J.)[1].  And this Court has determined that a 21 day briefing schedule with seven

days to reply is reasonable and appropriate in cases like Hernandez's.

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases.  *See*
*Hickey v. Adler*, 2008 WL  835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575,
577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor*
*v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are
therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241").

Accordingly, the Motion (ECF No. 4) is GRANTED IN PART to the extent it generally seeks expedited briefing, but DENIED IN PART to the extent it seeks a response or release within three days.

IT IS ORDERED that a Response be filed within 21 days following the date of this Order. Hernandez shall have seven days within which to file a reply.

THE CLERK IS INSTRUCTED to email a copy of this Order to the Civil Chief of the Office of the United States Attorney for the Western District of Louisiana and grant her access to the pleadings.

SIGNED on Monday, February 23, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

2